No. 127. SOTIRIOS S. LONTOS CHARALAMBIS, APPELLANT,

*v.* WILLIAM WILLIAMS, COMMISSIONER OF IMMIGRATION, ETC., Appeal from the Circuit Court of the United States for the Southern District of New York. January 23, 1905. Dismissed with costs, on authority of counsel for appellant. *Mr. Alfred Hayes, Jr.,* for appellant. *The Attorney General* for appellee.